# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

*U.S. DISTRICT COURT*
*DISTRICT OF NEBRASKA*
*2017 OCT -5 PM 3: 28*
*OFFICE OF THE CLERK*

Case No. 8:17MJ274

IN THE MATTER OF THE SEARCH OF
THE CELLULAR TELEPHONE
ASSIGNED CALL NUMBER
(623) 297-1420, WITH INTERNATIONAL
MOBILE SUBSCRIBER IDENTITY
310120102525998

ORDER TO DELAY
NOTIFICATION OF WARRANT
FOR CELL PHONE INFORMATION

(Fed. R. Crim. P. 41; 18 U.S.C.
§§ 3103a & 2705)

**Filed Under Seal**

Request having been made before me by the United States of America, by and through

Christopher L. Ferretti, Assistant United States Attorney for an Order delaying notification of

execution of the Search Warrant in the matter captioned above for 90 days;

AND the Court having found reasonable cause to believe that providing notice of the

Search Warrant at this time may have an adverse result as defined in Title 18, United States

Code, Sections 3103a(b)(1) & 2705;

NOW THEREFORE, IT IS ORDERED, that the government is authorized to delay

service of notice for a period of 90 days from October 6, 2017, to any person, or until further

Order of the Court; and

IT IS FURTHER ORDERED that this Order and the government's Request are hereby

SEALED until further Order of the Court.

Dated: October 5, 2017.

SUSAN M. BAZIS
United States Magistrate Judge